[No. 23221-5-I.   Division One.   April 30, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES RONALD DUBUQUE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 88-1-00496-4, Robert C. Bibb, J., entered October 20, 1988. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Grosse, A.C.J., and Pekelis, J.

[No. 23794-2-I.   Division One.   April 30, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. EDGAR PINEDA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-05939-6, John W. Riley, J., entered February 14, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 23178-2-I.   Division One.   April 30, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. HENRY HAMILTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-02153-4, Jerome M. Johnson, J., entered October 31, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 23569-9-I.   Division One.   April 30, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. HERMAN T. BLAIR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-01783-9, Donald D. Haley, J., entered December 20, 1988. *Dismissed* by unpublished per curiam opinion.